```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,     )
                              )     Cr. 4:04-cr-200
          Plaintiff,          )
                              )
vs.                           )     REPORT AND RECOMMENDATION
                              )     CONCERNING PETITION TO
LUIS ALBERTO RODRIGUEZ,       )     REVOKE DEFENDANT'S
                              )     SUPERVISED RELEASE
          Defendant.          )
```

This matter is before the Court following hearing on November 29, 2007. The government appeared by Assistant United States Attorney Cliff Wendel. Defendant appeared with his attorney Mr. Tim McCarthy.

Defendant was sentenced on January 7, 2005 by Judge Pratt for making a false statement during a firearms purchase (two counts) and being a prohibited person in possession of firearms in violation, respectively, of 18 U.S.C. §§ 922(a)(6), (g). He was sentenced to time served and thirty-six months supervised release. He commenced supervised release the same date, January 7, 2005 and was deported from the United States. On September 15, 2006 defendant was arrested by Iowa state authorities and charged with three state law offenses including carrying weapons. Defendant was convicted of that offense and was sentenced to prison. He has been incarcerated since September 15, 2006.

On October 17, 2006 a petition to revoke defendant's supervised release was filed alleging the following violations: (1) that he failed to contact the U.S. Probation Office upon his return

to the United States; (2) that after his return to the United States the defendant went to the Northern District of Iowa without having the permission of his probation officer; (3a) that defendant was arrested for the state criminal law violations referred to above; and (3b) that defendant re-entered the United States without permission. Defendant was released to the federal detainer following the discharge of his state sentence and initially appeared on the petition to revoke on November 27, 2007. At that time defendant requested a detention hearing and preliminary hearing and the same were set for this date. In the interim Judge Pratt referred the petition to revoke to me for report and recommendation. At the outset of the hearing this date, defendant waived preliminary hearing and the matter proceeded to the merits.

      Defendant stipulated to violation (3a) in that he has been convicted of the state crime of carrying weapons and to violation (3b). The government recommends that the stipulated violations be viewed as Grade B violations which yield a guideline range of imprisonment of four to ten months. The government further recommends that the defendant be sentenced to imprisonment within the guideline range, with credit for the approximately 14-1/2 months served in incarceration since the September 15, 2006 arrest, that violations (1) and (2) be dismissed, that defendant be released to immigration authorities for deportation, and that

defendant's supervised release not be extended. Defendant concurs in the recommendation.

The undersigned RESPECTFULLY RECOMMENDS that upon his stipulation defendant be found to have committed violation (3a) in that he was convicted in the Iowa District Court for Franklin County of carrying weapons, and violation (3b) in unlawfully reentering the United States, that violations (1) and (2) be dismissed, that defendant's supervised release be revoked and that, in view of the criminal nature of the violations, he be imprisoned for a period of ten (10) months with credit for time served since his arrest on September 15, 2006, that his term of supervised release not be extended, and that he be released to the immigration detainer.

IT IS ORDERED that the parties have until **December 13, 2007** to file written objections to the Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1). Failure by a party to file written objections to this Report and Recommendation within ten (10) days from the date of its service will result in waiver by that party of the right to make objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1)(B).

IT IS SO ORDERED.

Dated this 29th day of November, 2007.

ROSS A. WALTERS
UNITED STATES MAGISTRATE JUDGE

3